UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FREDERICK HOPTOWIT, JR.,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-3062-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 14 day of October, 2010.

                         JAMES R. LARSEN
                         District Court Executive/Clerk


                     by:  s/Pamela A. Howard
                            Deputy Clerk

cc: all counsel